# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

IN RE:

GERALD I. KATZ

MISC. CASE NO. 11-mc-00073
(DISCIPLINARY)

Respondent

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER OF SUSPENSION AND SHOW CAUSE ORDER

Gerald I. Katz, Esquire, was admitted to practice before the bar of this Court on June 17, 1983. On January 13, 2011, Mr. Katz was convicted in the Circuit Court for Anne Arundel County Maryland of two counts of Failing to File State of Maryland Income Tax Returns. He was sentenced to three years on each count, all of which were suspended, five years of supervised probation and 100 hours of community service. Additionally, he has entered into a written agreement to pay the State of Maryland $713,957.80 in restitution. It is therefore

ORDERED this 14th day of February, 2011, pursuant to Local Rule 705.2.a.ii by the United States District Court for the District of Maryland, that Respondent be and hereby is, immediately suspended from the practice of law before this Court, and it is further

ORDERED that Respondent show cause, if any, within thirty (30) days after service of this order, why a disciplinary proceeding or, in the alternative, why the imposition of disbarment by this Court would not be warranted and the reasons therefor.

The Clerk is directed to send a certified copy of this Order to Respondent by regular and certified mail, return receipt requested. The Clerk is further directed to send a certified copy of this Order by regular mail to the (i) Court of Appeals of Maryland; (ii) District of Columbia Court of Appeals, (iii) United States Court of Appeals for the District of Columbia Circuit; (iv) United States Court of Appeals for the Fourth Circuit; (v) United States District Court for the District of Columbia; (vi) United States Court of Federal Claims; (vii) Maryland Attorney Grievance Commission; (viii) Board of Professional Responsibility in the District of Columbia; and (ix) National Lawyer Regulatory Data Bank, Center for Professional Responsibility, American Bar Association.

Deborah K. Chasanow, Chief Judge
United States District Court