# AMERICAN BAR ASSOCIATION

## NATIONAL LAWYER REGULATORY DATA BANK REPORT FORM

*REPORTING AGENT: PLEASE TYPE OR PRINT, SIGN COMPLETED FORMS; ATTACH COURT OR DISCIPLINARY BOARD ORDER AND RETURN TO:*

Data Bank Administrative Assistant
American Bar Association
Center for Professional Responsibility
321 North Clark Street, M-S 15.2
Chicago, IL 60610-4714


(For Office Use Only)

*PLEASE **DO NOT** FORWARD THIS FORM TO ANY OTHER PERSONS, ENTITIES, AGENCIES, OR JURISDICTIONS.*

NAME: **KATZ** (Last, Suffix), **GERALD** (First), **I** (Middle)

OTHER NAME(S): ___

DATE OF BIRTH: / / / / (mm/dd/yyyy)

INTERNATIONAL STANDARD LAWYER NUMBER (ISLN): ___

SOCIAL SECURITY # (last four digits only): ***-**-___

GENDER: F ___  M ✓

ADDRESS (Office): **KATZ AND STONE LLP, 8230 LEESBURG PIKE STE 600, VIENNA, VA 22182**

FORMER ADDRESS: ___

### JURISDICTIONS IN WHICH ADMITTED TO PRACTICE:

| JURISDICTION | ADMISSION DATE | REGISTRATION OR BAR NUMBER |
|---|---|---|
| US DISTRICT CT - MD | 6-17-83 | 01354 |

JURISDICTION IMPOSING REGULATORY ACTION: **U.S. DISTRICT CT DISTRICT OF MD**

ORDER OR DOCKET NUMBER(S): **11-MC-73**

ORDER DATE: 02/14/11 (mm/dd/yyyy)

EFFECTIVE DATE: 02/16/11 (mm/dd/yyyy)

Authorized Reporting Agent Signature & Printed Name: *Catherine M. N. Scaffidi* / CATHERINE M.N. SCAFFIDI

02/2008

- 1 -

**DISBARMENT**
_____  D110 DISBARMENT ON CONSENT        _____  D120 RECIPROCAL DISBARMENT

**RESIGNATION**
_____  D210 CHARGES PENDING              _____  D250 RECIPROCAL RESIGNATION
_____  D215 PERMANENT RESIGNATION

**TRANSFER RE INACTIVE STATUS**
_____  D310 TO DISABILITY INACTIVE STATUS        _____  D350 FROM INACTIVE STATUS
       /NO CHARGES PENDING                       _____  D360 RECIPROCAL TRANSFER
_____  D320 TRANSFER/CHARGES PENDING

**SUSPENSION**
✓   D405 DEFINITE SUSPENSION           /__/__/__/
_____  D410 INDEFINITE SUSPENSION         (length of sanction: yy/mm/ddd)
_____  D415 INTERIM/IMMEDIATE SUSPENSION
_____  D420 SUSPENSION ON CONSENT          /__/__/__/
                                          (length of sanction: yy/mm/ddd)

_____  D435 RECIPROCAL SUSPENSION          /__/__/__/
                                          (length of sanction: yy/mm/ddd)

**PROBATION**
_____  D525 PROBATION                      /__/__/__/
                                          (length of sanction: yy/mm/ddd)

_____  D526 RECIPROCAL PROBATION           /__/__/__/
                                          (length of sanction: yy/mm/ddd)

_____  D527 EXTENSION OF PROBATION         /__/__/__/
                                          (length of sanction: yy/mm/ddd)

_____  D528 PROBATION ON CONSENT           /__/__/__/
                                          (length of sanction: yy/mm/ddd)

_____  D529 REVOCATION OF PROBATION- SUSPENSION   /__/__/__/
                                          (length of sanction: yy/mm/ddd)

_____  D524 TERMINATION OF PROBATION

**PUBLIC REPRIMAND/CENSURE/ADMONITION (INDIVIDUAL)**
_____  D530 PUBLIC REPRIMAND/PUBLIC CENSURE     _____  D532 CONSENT REPRIMAND/CENSURE
_____  D531 RECIPROCAL REPRIMAND/CENSURE        _____  D533 PUBLIC ADMONITION

**LAW FIRM DISCIPLINE**
_____  D381 PUBLIC REPRIMAND/PUBLIC CENSURE     _____  D383 FINES
_____  D382 CONSENT REPRIMAND/CENSURE           _____  D384 DISGORGEMENT OF FEES

**OTHER DISPOSITIONS**
_____  D505 RESTITUTION                    $ _____
_____  D510 COSTS                          $ _____
_____  D515 FINES                          $ _____
_____  D520 LIMITATIONS ON PRACTICE:
       _____

_____  D535 PROFESSIONAL RESPONSIBILITY EXAM
_____  D536 BAR EXAM
_____  D540 OTHER CONDITIONS/DISPOSITIONS:
       _____

_____  D545 PRO BONO                       HRS _____
_____  D548 LAW PRACTICE MANAGEMENT PROGRAM  HRS _____
_____  D550 COMMUNITY SERVICE              HRS _____
_____  D555 CONTINUING LEGAL EDUCATION     HRS _____

_____  D558 ETHICS SCHOOL                  _____  D573 LAWYERS ASSISTANCE PROGRAM
_____  D562 MONITOR TRUST ACCOUNTS         _____  D575 CONTEMPT
_____  D565 REHABILITATION PROGRAM         _____  D580 ORDER STAYED
_____  D570 ALCOHOL/SUBSTANCE              _____  D585 ORDER VACATED
       ABUSE MONITORING                    _____  D590 ORDER MODIFIED

**REINSTATEMENT/READMISSION**
_____  D605 REINSTATE/READMIT BY COURT ORDER    _____  D615 REINSTATEMENT DENIED
_____  D610 AUTOMATIC REINSTATEMENT             _____  D700 RESPONDENT DECEASED

_UPDATED 02/2008_