_____ FILED   _____ ENTERED
_____ LOGGED   _____ RECEIVED

OCT 1 1 2011

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| IN RE: | * | |
| GERALD I. KATZ | * | MISC. CASE NO. 11-mc00073 (DISCIPLINARY) |
| Respondent | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## MEMORANDUM OF RESPONDENT

Respondent, Gerald I. Katz, by Peter F. Axelrad and Council, Baradel, Kosmerl & Nolan, P.A., his counsel, files herewith this Memorandum in accordance with the Court Order issued in this case and says:

1.  The Honorable Deborah K. Chasanow, Chief Judge of this Court issued an Order of Suspension and Show Cause Order on February 14, 2011 in this matter.

2.  Accordingly, Mr. Katz has been since then, under an Order of Suspension.

3.  On March 17, 2011 undersigned filed on behalf of Mr. Katz his Answer to Show Cause Order and Request for Hearing in this matter.

4.  Thereafter The Honorable Alexander Williams, Jr. entered an Order Setting Hearing in this proceeding before him at 4:00 p.m. on Thursday, October 20, 2011.

5.  Judge Williams advised that Respondent shall file any memorandum which Respondent wishes His Honor to consider.

6.  Mr. Katz was suspended by this Court in accordance with Local Rule 705.2.a.ii as he was convicted before the Circuit Court of Anne Arundel County of failing to file his State of Maryland Income Taxes.

7. Local Rule 705.2.a.iv provides, among other things, that "An attorney who has been suspended under the provisions of this Rule will be reinstated immediately upon the filing of a certificate demonstrating that the underlying conviction has been reversed..."

8. Respondent represents to this Honorable Court that at a hearing convened at 1:30 p.m. on Thursday, September 22, 2011 before The Honorable William Mulford of the Circuit Court for Anne Arundel County, Judge Mulford vacated the conviction. Regretfully, undersigned's partner, William F. Flood, III, who appeared on behalf of Mr. Katz at that proceeding, has yet to receive from either the Court or the Clerk's Office the formal document evidencing the aforegoing. As soon as we are in receipt of that document it will promptly be forwarded to The Honorable Alexander Williams, Jr. as well as to Ms. Catherine Scaffidi.

9. As a result of the foregoing Respondent urges this Honorable Court to vacate the suspension and re-enter him as a member of the Bar of this Court.

10. Respondent understands that in accordance with the rules of this Court (Local Rule 705.2.a.iv) the reinstatement will not terminate any disciplinary proceeding pending against him. Respondent stands ready to respond and appear at any further proceedings regarding his membership as a member of the Bar of this Honorable Court.

WHEREFORE, for all of the foregoing reasons, Respondent advises he will appear with counsel at the proceeding heretofore scheduled before Judge Williams on October 20, 2011 and urges the Court at that time to vacate his suspension and schedule any and all further proceedings that this Court shall order.

Respectfully submitted,

*[signature]*

Peter F. Axelrad (Bar ID# 00656)
Council, Baradel, Kosmerl & Nolan, P.A.
125 West Street, 4th Floor
P.O. Box 2289
Annapolis, Maryland 21401
(410) 268-6600 (Annapolis)
(410) 269-6190 (Baltimore)
(301) 261-2247 (Washington)
(410) 269-8409 (Facsimile)
Axelrad@cbknlaw.com
Attorney for Respondent



## COUNCIL · BARADEL
## KOSMERL & NOLAN, P.A.
### ATTORNEYS AT LAW

PETER F. AXELRAD
E-Mail: Axelrad@cbknlaw.com
Telephone Extension: 3409

\_\_\_\_\_ FILED           \_\_\_\_\_ ENTERED
\_\_\_\_\_ LOGGED        \_\_\_\_\_ RECEIVED

October 6, 2011

OCT 1 1 2011

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

### VIA REGULAR MAIL AND FACSIMILE:  (301-344-0672)

The Honorable Alexander Williams, Jr.
United States District Court Judge
U.S. Courthouse
6500 Cherrywood Lane
Greenbelt, Maryland 20770

Re:   Misc. Case No. 11-mc00073 (Disciplinary)

Dear Judge Williams:

I appreciate very much your talking with me this morning and advising me how to send the Memorandum that I am filing today to you.

You requested that I send the original hard copy to Ms. Catherine Scaffidi at the Baltimore courthouse and fax it to you today and also mail you a copy today by regular mail. I will do so.

My appreciation for your courtesies and I will look forward to appearing before you in this matter at 4:00 p.m. on Thursday, October 20.

Respectfully submitted,

Peter F. Axelrad

PFA:acl
cc:   Ms. Catherine Scaffidi (by regular mail)