# NATIONAL LAWYER REGULATORY DATA BANK REPORT FORM

*REPORTING AGENT: PLEASE TYPE OR PRINT, SIGN COMPLETED FORMS; ATTACH COURT OR DISCIPLINARY BOARD ORDER AND RETURN TO:*

Data Bank Administrative Assistant
American Bar Association
Center for Professional Responsibility
321 North Clark Street, M-S 15.2
Chicago, IL 60610-4714



JAN 2 0 2012

(For Office Use Only)

*PLEASE **DO NOT** FORWARD THIS FORM TO ANY OTHER PERSONS, ENTITIES, AGENCIES, OR JURISDICTIONS.*

NAME   Katz                        Gerald                          I
        (Last, Suffix)              (First)                         (Middle)

OTHER NAME(S)

DATE OF BIRTH      mm   dd   yyyy

INTERNATIONAL STANDARD LAWYER NUMBER (ISLN)

SOCIAL SECURITY # (last 4 digits only)   ***-**-

GENDER   F __   M  X

ADDRESS   Katz and Stone LLP   8230 Leesburg Pike Ste 600
(Office)   Number & Street
           Vienna                         VA              22182
           (City)                         (State)         (Zip)

FORMER ADDRESS
              Number & Street

              (City)                      (State)         (Zip)

JURISDICTIONS IN WHICH ADMITTED TO PRACTICE:

| JURISDICTION | ADMISSION DATE | REGISTRATION OR BAR NUMBER |
|---|---|---|
| U.S. District Ct of Maryland | June 17, 1983 | 01354 |

JURISDICTION IMPOSING REGULATORY ACTION   U.S. District Court for the District of Maryland

ORDER OR DOCKET NUMBER(S)   11-mc-073

ORDER DATE   01/18/2012              EFFECTIVE DATE   02/14/11
             (mm/dd/yyyy)                              (mm/dd/yyyy)

*/Catherine Scaffidi*
Authorized Reporting Agent Signature & Printed Name

(Rev. 2/2008)                            1

**DISBARMENT**
| | D105 | DISBARMENT | | D115 | PERMANENT DISBARMENT |
| | D110 | DISBARMENT ON CONSENT | | D120 | RECIPROCAL DISBARMENT |

**RESIGNATION**
| | D210 | CHARGES PENDING | | D250 | RECIPROCAL RESIGNATION |
| | D215 | PERMANENT RESIGNATION | | | |

**TRANSFER RE INACTIVE STATUS**
| | D310 | TO DISABILITY INACTIVE STATUS /NO CHARGES PENDING | | D350 | FROM INACTIVE STATUS |
| | D320 | TRANSFER/CHARGES PENDING | | D360 | RECIPROCAL TRANSFER |

**SUSPENSION**
| | D405 | DEFINITE SUSPENSION | 1 yr | Fro | 2-14-11 |
| | | | (length of sanction: yy/mm/dd) | | |
| X | D410 | INDEFINITE SUSPENSION | | | |
| | D415 | INTERIM/IMMEDIATE SUSPENSION | (length of sanction: yy/mm/dd) | | |
| | D420 | SUSPENSION ON CONSENT | | | |
| | D435 | RECIPROCAL SUSPENSION | (length of sanction: yy/mm/dd) | | |

**PROBATION**
| | D525 | PROBATION | (length of sanction: yy/mm/dd) |
| | D526 | RECIPROCAL PROBATION | (length of sanction: yy/mm/dd) |
| | D527 | EXTENSION OF PROBATION | (length of sanction: yy/mm/dd) |
| | D528 | PROBATION ON CONSENT | (length of sanction: yy/mm/dd) |
| | D529 | REVOCATION OF PROBATION, SUSPENSION | (length of sanction: yy/mm/dd) |
| | D524 | TERMINATION OF PROBATION | |

**PUBLIC REPRIMAND/CONCENSURE/ADMONITION (INDIVIDUAL)**
| | D530 | PUBLIC REPRIMAND/PUBLIC CENSURE | | D532 | CONSENT REPRIMAND/CENSURE |
| | D531 | RECIPROCAL REPRIMAND/CENSURE | | D533 | PUBLIC ADMONITION |

**LAW FIRM DISCIPLINE**
| | D381 | PUBLIC REPRIMAND/PUBLIC CENSURE | | D383 | FINES |
| | D382 | CONSENT REPRIMAND/CENSURE | | D384 | DISGORGEMENT OF FEES |

**OTHER DISPOSITIONS**
| | D505 | RESTITUTION | $ |
| | D510 | COSTS | $ |
| | D515 | FINES | $ |
| | D520 | LIMITATIONS ON PRACTICE: | $ |

| | D535 | PROFESSIONAL RESPONSIBILITY EXAM |
| | D536 | BAR EXAM |
| | D540 | OTHER CONDITIONS/DISPOSITIONS: |

| | D545 | PRO BONO | HRS: |
| | D548 | LAW PRACTICE MANAGEMENT PROGRAM | HRS: |
| | D550 | COMMUNITY SERVICE | HRS: |
| | D555 | CONTINUING LEGAL EDUCATION | HRS: |
| | D558 | ETHICS SCHOOL | | D573 | LAWYERS ASSISTANCE PROGRAM |
| | D562 | MONITOR TRUST ACCOUNTS | | D575 | CONTEMPT |
| | D565 | REHABILITATION PROGRAM | | D580 | ORDER STAYED |
| | D570 | ALCOHOL/SUBSTANCE ABUSE MONITORING | | D585 | ORDER VACATED |
| | | | | D590 | ORDER MODIFIED |

**REINSTATEMENT/READMISSION**
| | D605 | REINSTATE/READMIT BY COURT ORDER | | D615 | REINSTATEMENT DENIED |
| | D610 | AUTOMATIC REINSTATEMENT | | D700 | RESPONDENT DECEASED |

(Rev. 2/2008)      2